IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI DIVISION

| | |
|---|---|
| ALBERTA OMAR BOULKHOUATEM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE NIELSEN COMPANY (US), LLC, ET AL., | ) ) ) |
| Defendants. | ) ) |

Case No.: 4:17-CV-00893-DGK

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Alberta Omar Boulkhouatem, and all named Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims raised in the above-captioned matter in their entirety. It is further stipulated that the parties will bear their respective costs, expenses, and attorneys' fees.

Dated: February 28, 2018

Respectfully submitted,

/s/ Brian T. Noland
Brian T. Noland, MO #67127
JAMES & NOLAND, LLC
117 W 20th St, Ste 201
Kansas City, MO 64108
Telephone: 816.506.1948
Facsimile: 816.817.8828
brian@jamesandnoland.com

ATTORNEYS FOR PLAINTIFF

/s/ Sara McCallum
Sara McCallum, MO # 67473
Jeanie M. DeVeney, MO # 46885
Littler Mendelson, PC
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
smccallum@littler.com
jdeveney@littler.com

ATTORNEYS FOR DEFENDANTS